# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 5:03CR00037-006 |
| GEORGE MICHAEL DIXON | ) | USM No: 17946-058 |
| | ) | Tanzania C. Cannon-Eckerle |
| Date of Previous Judgment: April 17, 2006 | ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❑ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___188___ months **is reduced to** ___151 months___ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 33 | Amended Offense Level: 31 |
| Criminal History Category: IV | Criminal History Category: IV |
| Previous Guideline Range: 188 to 235 months | Amended Guideline Range: 151 to 188 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

■ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❑ Other (explain):

## III. ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated ___April 17, 2006___ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ___December 12, 2008___

Effective Date: ___December 12, 2008___
(if different from order date)

_Richard L. Voorhees_
Richard L. Voorhees
United States District Judge